IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLLEEN ALVES VENECK,

    Plaintiff,

  v.

FIRST TRANSIT INC.,

    Defendants.

No. 08-04827 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On January 24, 2009, Plaintiff's counsel filed a request to appear telephonically at the initial case management conference set for January 27, 2009 at 3:00 p.m. Good cause appearing, Plaintiff's request is granted. Counsel shall stand by beginning at the date and time above until called by the Court. No later than January 27, 2009 at noon, counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: January 26, 2009

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge