UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COLLEEN A. VENECK, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C08-4827 EDL (BZ) |
| | ) | |
| v. | ) | |
| | ) | **ORDER CONTINUING SETTLEMENT** |
| FIRST TRANSIT INC., | ) | **CONFERENCE** |
| | ) | |
| Defendant(s). | ) | |

Due to the Court's unavailability, **IT IS HEREBY ORDERED** that the Settlement Conference presently scheduled for June 18, 2009 is **CONTINUED** to **June 30, 2009 at 1:30 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The Settlement Conference Order otherwise remains in full force and effect.

Dated: June 11, 2009

　　　　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\VENECK CONTINUE SC.wpd

1