| | |
|---|---|
| 1 | ROBERT D. VOGEL (SBN 63091) |
| | JACKSON LEWIS LLP |
| 2 | 725 South Figueroa Street, Suite 2500 |
| | Los Angeles, CA 90017 |
| 3 | Telephone: (213) 689-0404 |
| | Facsimile: (213) 689-0430 |
| 4 | |
| | REBECCA BENHURI (SBN 209443) |
| 5 | JACKSON LEWIS LLP |
| | 199 Fremont Street, 10th Floor |
| 6 | San Francisco, California 94105 |
| | Telephone: (415) 394-9400 |
| 7 | Facsimile: (415) 394-9401 |
| 8 | Attorneys for Defendant FIRST TRANSIT, INC. |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | COLLEEN ALVES VENECK, | Case No. C08-4827-EDL |
| 14 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE; LAST DATE TO FILE DISPOSITIVE MOTIONS; AND LAST DATE FOR HEARING ON DISPOSITIVE MOTIONS |
| 15 | v. | |
| 16 | FIRST TRANSIT, INC., an Ohio Corporation; and DOES 1 through 100, inclusive, | |
| 17 | | |
| 18 | Defendants. | |

WHEREAS, the Case Management Conference in this action is scheduled for June 30, 2009 at 10:30 a.m. before Magistrate Judge Laporte;

WHEREAS, a Settlement Conference before Magistrate Judge Zimmerman which was set for June 18, 2009 has been continued by the Court to June 30, 2009 at 1:30 p.m. due to the Court's unavailability;

WHEREAS, the parties, having engaged in settlement discussions and intend to further explore settlement at the Settlement Conference, agree the Settlement Conference would be more productive if the date for filing a dispositive motion is continued to a date after the Settlement Conference.

CASE NO. C08-4827-EDL               STIPULATION AND [PROPOSED] ORDER
                                    CONTINUING DATES

WHEREAS, the parties agree and stipulate that the Case Management Conference be continued to a date after the Settlement Conference is conducted so that they can provide a definitive report to the Court as to the status of settlement at the Settlement Conference.

Thus, pursuant to Local Rule 6-2(a), the parties hereby stipulate as follows:

1. The Case Management Conference be continued from June 30, 2009 at 10:30 a.m. to July 28, 2009 at 10:30 a.m. before Magistrate Judge Laporte.

2. The last date for filing a dispositive motion be continued from June 30, 2009 to July 28, 2009.

3. The last date for hearing on dispositive motions be continued from August 4, 2009 to September 15, 2009; and

4. All other pre-trial and trial dates set forth in the Court's February 4, 2009 Scheduling Order shall remain in effect.

Dated: June 18, 2009       JACKSON LEWIS LLP

By: _____
Robert D. Vogel
Rebecca Benhuri

Attorneys for Defendant
FIRST TRANSIT, INC.

Dated: June 18, 2009       OLIVERI LAW OFFICE

By: /S/
Matthew M. Oliveri

Attorneys for Plaintiff
COLLEEN ALVES VENECK

| | |
|---|---|
| 1 | **PROPOSED ORDER** ~~PROPOSED ORDER~~ |
| 2 | Based on the foregoing, and good cause so appearing, the Court hereby orders: |
| 3 | 1.  The Case Management Conference is continued from June 30, 2009 at 10:30 a.m. |
| 4 | to July 28, 2009 at ~~10:30 a.m.~~ 10:00 a.m. before Magistrate Judge Laporte; |

Based on the foregoing, and good cause so appearing, the Court hereby orders:

1. The Case Management Conference is continued from June 30, 2009 at 10:30 a.m. to July 28, 2009 at ~~10:30 a.m.~~ 10:00 a.m. before Magistrate Judge Laporte;

2. The last date for filing a dispositive motion is continued from June 30, 2009 to July 28, 2009;

3. The last date for hearing dispositive motions is continued from August 4, 2009 to September 15, 2009; and

4. All other pre-trial and trial dates set forth in the Court's Scheduling Order of February 4, 2009 shall remain in effect.

Dated: June 24, 2009

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte