UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COLLEEN A. VENECK, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C08-4827 EDL (BZ) |
| | ) | |
| v. | ) | |
| | ) | **ORDER RE OVERDUE PAPERS** |
| FIRST TRANSIT INC., | ) | |
| | ) | |
| Defendant(s). | ) | |

TO: Plaintiff(s) and their attorney(s) of record:

On February 3, 2009, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for June 30, 2009. Your statement was due June 23, 2009. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the noon, Monday, June 22, 2009, plaintiff(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: June 25, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\VENECK OVERDUE PAPERS ORD.wpd

1